CHARLES S. EARLEY, JR., by CHARLES S. EARLEY, His Guardian ad Litem, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

(Submitted March 19, 1934; decided March 23, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.  (See 263 N. Y. 424.)